NB:CCC:sy
F. #2011R01545

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 09 2016 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ITZHAK HERSHKO,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

APPLICATION

16-CR-573 (LDW)

Christopher Caffarone, Assistant United States Attorney for the United States Attorney's Office, hereby applies to the Court for an Order to unseal the Indictment in the above-noted case.

Dated: Central Islip, New York
       November 9, 2016

ROBERT L. CAPERS
UNITED STATES ATTORNEY

By: _____
Christopher Caffarone
Assistant United States Attorney
(631) 715-7868