NB:CCC:sy
F. #2011R01545

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 09 2016 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

- against -

ITZHAK HERSHKO,

        Defendant.
------------------------------X

ORDER

16-CR-573 (LDW)

Upon the application of CHRISTOPHER CAFFARONE, Assistant U.S. Attorney for the United States Attorney's Office, it is hereby

ORDERED, that the Indictment for the above-noted defendant is to be unsealed.

Dated: Central Islip, New York
      November 9, 2016

_____
The Honorable Leonard D. Wexler
United States District Judge