AO 442 (Rev. 11/11) Arrest Warrant

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ NOV 09 2016 ★

LONG ISLAND OFFICE

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| United States of America | ) | |
| v. | ) | Case No. 16cr573 |
| **ITZHAK HERSHKO** | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     ITZHAK HERSHKO                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO COMMIT BANK FRAUD, IN VIOLATION OF TITLE 18, U.S.C., §§ 1344 and 1349.

s/ Arlene R. Lindsay

Date:     11/08/2016

*Issuing officer's signature*

City and state:   Central Islip, New York

The Honorable Steven I. Locke, U.S. Magistrate Judge
*Printed name and title*

| Return |
| --- |

This warrant was received on *(date)* 11-8-16 , and the person was arrested on *(date)* 11-9-16
at *(city and state)* Atlantic Beach NY

Date:   11-9-16

*Arresting officer's signature*

SA Michael A. Linden
*Printed name and title*