# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 0 9 2016 ★

LONG ISLAND OFFICE

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    16-CR-0573-001 (LDW) |
| Itzhak Hershko | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Itzhak Hershko

Date:    11/09/2016

*Attorney's signature*

Robert P. LaRusso
*Printed name and bar number*

LaRusso & Conway
300 Old Country Road
Suite 341
Mineola, New York 11501
*Address*

rlarusso@larussoandconway.com
*E-mail address*

(516) 248-3520
*Telephone number*

(516) 248-3522
*FAX number*