# **CRIMINAL CAUSE FOR ARRAIGNMENT**

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** November 9, 2016
**TIME:** 1:45 to 1:55 (10 Mins.)

**DOCKET:** 16-CR-0573 (LDW)(ARL)
**TITLE:** USA v. Hershko


**APPEARANCES:**
- **Itzhak Hershko (deft # 1)**
  - Present
  - In Custody
  - Represented by **Robert P. LaRusso (Retained)**


- United States of America
  - Represented by **Christopher Charles Caffarone, AUSA**


- Court Reporter:     **Owen Wicker**

- Courtroom Deputy:   Eric L. Russo
---------------------------------------------------------------

✓    Case called.

✓    Initial appearance of the defendant.

✓    Defendant arraigned on the **Indictment** filed in this action on 11/9/2016 (see docket entry [1]).

✓    Defendant waives the reading of the Indictment.

✓    Defendant enters a plea of **NOT GUILTY** to counts one (1) through four (4) of the four (4) count Indictment.

✓    Status conference set for **January 20, 2017 at 11:00 AM** in Courtroom 940 before Judge Leonard D. Wexler.

✓    Defendant waives Speedy Trial; waiver executed.

✓    Order Setting Conditions of Release and Bond executed.

✓    Proceedings concluded.