UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

UNITED STATES OF AMERICA,

        -against-

ITZHAK HERSHKO,

                               Defendant.
-----------------------------------------------------------------------x

Docket #:  16-CR-0573 (LDW)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that **STEPHEN P. SCARING, ESQ.** hereby appears for the Defendant, ITZHAK HERSHKO, in the above-entitled proceeding and requests that copies of all papers in this action be served upon the undersigned at the office address stated below.

Dated:  November 28, 2016

                          Yours, etc.

                          SCARING & CARMAN PLLC.

By: _____
      STEPHEN P. SCARING, ESQ.
      666 Old Country Road - Suite 501
      Garden City, New York 11530
      (516) 683-8500
      Fax (516) 683-8410