# CRIMINAL CAUSE FOR STATUS CONFERENCE

**BEFORE:**  Honorable Leonard D. Wexler
**DATE:**    January 20, 2017
**TIME:**    11:15 to 11:25 (10 Mins.)

**DOCKET:**  16-CR-0573 (LDW)(ARL)
**TITLE:**   USA v. Hershko

**APPEARANCES:**
- **Itzhak Hershko (deft # 1)**
    - Present
    - On Bond
    - Represented by **Susan Scaring Carman**
                     For Stephen P. Scaring (Retained)

- **United States of America**
    - Represented by **Christopher Charles Caffarone** **(AUSA)**

- Court Reporter: **Perry Auerbach**

- Courtroom Deputy: E. Russo
_____

- Case called.

- Conference held.

- Further status conference set for **March 29, 2017 at 11:00 AM** in Courtroom 940 before Judge Leonard D. Wexler.

- Defendant waives Speedy Trial; waiver executed.

- Defendant's current bond conditions continue.

- Proceedings concluded.