# SCARING & CARMAN PLLC
ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N. Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING
SUSAN SCARING CARMAN

MATTHEW W. BRISSENDEN
OF COUNSEL

sscaring@scaringlaw.com
scarman@scaringlaw.com

March 27, 2017

**BY ECF**

Honorable Leonard D. Wexler
Eastern District of New York
944 Federal Plaza
Central Islip, NY  11722-4454

Re: United States v. Hershko
Docket No. 16-CR-0573 (LDW) (ARL)

Dear Judge Wexler:

Unfortunately, my office dropped the ball on this, and I apologize for this untimely application. My client had previously asked our office to obtain permission to travel outside of New York, which is not permitted under his current bail conditions, and for whatever reason, we never made that request.

I would respectfully request that the Court permit Mr. Hershko to travel between March 27 and March 31 to Las Vegas, Nevada for a convention. He is scheduled to stay at the Hard Rock Hotel between March 27 and March 31 when he returns. I have contacted AUSA Christopher Caffarone who has no objection. I have spoken to Joseph Elie, the Pre-Trial Services Officer, by telephone, and he advised me that, as long as the Government does not object, he has no objection.

Again, my apologies for not making this request in a timely fashion.

Very truly yours,

STEPHEN P. SCARING

cc:   AUSA Christopher Caffarone by ECF