SCARING & CARMAN PLLC
ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N.Y. 11530

STEPHEN P. SCARING, P.C.
SUSAN SCARING CARMAN

MATTHEW W. BRISSENDEN
OF COUNSEL

(516) 683-8500

FAX
(516) 683-8410

sscaring@scaringlaw.com
scarman@scaringlaw.com

LONG ISLAND OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 04 2017 ★

March 28, 2017

**BY ECF**

Honorable Leonard D. Wexler
Eastern District of New York
944 Federal Plaza
Central Islip, NY 11722-4454

> Motion granted. Parties are hereby advised that the status conference is adjourned to 4/24/2017 at 11:00 AM in Courtroom 940. Speedy Trial waived from 3/29/2017 to 4/24/2017.
> SO ORDERED:
> Leonard D. Wexler, Senior USDJ
> 4/4/17

Re: United States v. Hershko
Docket No. 16-CR-0573 (LDW) (ARL)

Dear Judge Wexler:

Our office represents the defendant in the above-captioned matter. This matter is currently scheduled for conference on March 29, 2017. When we requested permission for Mr. Hershko to travel outside of the state yesterday, we failed to note that the case was scheduled for conference tomorrow.

We would respectfully request that the matter be adjourned for further conference until April 24, 2017. The defendant is engaged in discussions with the Government regarding a possible disposition and is also currently reviewing the discovery provided by the Government. The defendant requests that the Court grant this application and grant our motion to waive speedy trial through April 24, 2017.

Thank you.

Respectfully submitted,

STEPHEN P. SCARING

cc: AUSA Christopher Caffarone by ECF
SPS/cn