# SCARING & CARMAN PLLC
## ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N. Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING
SUSAN SCARING CARMAN

MATTHEW W. BRISSENDEN
OF COUNSEL

sscaring@scaringlaw.com
scarman@scaringlaw.com

LONG ISLAND OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 04 2017 ★

April 3, 2017

**BY ECF**

Honorable Leonard D. Wexler
Eastern District of New York
944 Federal Plaza
Central Islip, NY 11722-4454

> SO ORDERED.
>
> Dated: Central Islip, N.Y.
>
> 4/4/20 17
>
> Leonard D. Wexler
> U.S. District Judge

Re:  United States v. Hershko
     Docket No. 16-CR-0573 (LDW) (ARL)

Dear Judge Wexler:

Our office represents the defendant, Isaac Hershko, in the above-captioned matter. Mr. Hershko's next conference is scheduled for April 24, 2017.

On behalf of Mr. Hershko, we would respectfully request permission for him to travel from New York to Los Angeles on April 9, 2017, returning to New York on April 14, 2017. He will be traveling with his wife, his four children and his mother for a family Passover celebration.

I have discussed this matter with AUSA Christopher Caffarone and Pre-Trial Services Officer Joseph Elie, and they do not object to this application.

Thank you.

Respectfully submitted,

STEPHEN P. SCARING

cc:  AUSA Christopher Caffarone by ECF
     Joseph Elie by e-mail
SPS/cn