# CRIMINAL CAUSE FOR STATUS CONFERENCE

**BEFORE**:   Honorable Leonard D. Wexler
**DATE**:     April 24, 2017
**TIME**:     11:20 to 11:30 (10 Mins.)

**DOCKET**:   16-CR-0573 (LDW)(ARL)
**TITLE**:    USA v. Hershko

**APPEARANCES**:
- **Itzhak Hershko (deft # 1)**
    - Present
    - On Bond
    - Represented by **Stephen P. Scaring (Retained)**

- **United States of America**
    - Represented by **Christopher Charles Caffarone (AUSA)**

- Court Reporter: **P. Auerbach**

- Courtroom Deputy: E. Russo

_____

- Case called.

- Conference held.

- Further status conference set for **June 13, 2017 at 11:00 AM** in Courtroom 940 before Judge Leonard D. Wexler.

- Defendant waives Speedy Trial; waiver executed.

- Defendant's current bond conditions continue.

- Proceedings concluded.