# CRIMINAL CAUSE FOR STATUS CONFERENCE

**BEFORE**:  Honorable Leonard D. Wexler
**DATE**:    8/14/2017
**TIME**:    11:25 to 11:35 (10 Mins.)

**DOCKET**:  16-CR-0573 (LDW)(ARL)
**TITLE**:   USA v. Hershko

**APPEARANCES**:
- **Itzhak Hershko (deft # 1)**
    - Present
    - On Bond
    - Represented by **Susan Scaring Carman**
                    For Stephen P. Scaring (Retained)

- **United States of America**
    - Represented by **Michael R. Maffei (AUSA)**
                    For Christopher Charles Caffarone (AUSA)

- Court Reporter: **Fred Guerino**

- Courtroom Deputy: ELR
_____

- Case called.

- Conference held.

- Further status conference set for **10/11/2017 at 11:00 AM** in Courtroom 940 before Judge Leonard D. Wexler.

- Defendant waives Speedy Trial; waiver executed.

- Defendant's current bond conditions continue.