# **CRIMINAL CAUSE FOR STATUS CONFERENCE**

**BEFORE**: Honorable Leonard D. Wexler
**DATE**: 10/11/2017
**TIME**: 11:15 to 11:25 (10 Mins.)

**DOCKET**: 16-CR-0573 (LDW)(ARL)
**TITLE**: USA v. Hershko

**APPEARANCES**:
- **Itzhak Hershko (deft # 1)**
    - Present
    - On Bond
    - Represented by **Stephen P. Scaring (Retained)**

- **United States of America**
    - Represented by **Christopher Charles Caffarone (AUSA)**

- Court Reporter: **Fred Guerino**

- Courtroom Deputy: ELR

___

- Case called.

- Conference held.

- Defendant's unopposed motion for Rule 17(c) subpoena (DE [25]) is **GRANTED**. Subpoena executed.

- Further status conference set for **11/28/2017 at 11:00 AM** in Courtroom 940 before Judge Leonard D. Wexler.

- Defendant waives Speedy Trial; waiver executed.

- Defendant's current bond conditions continue.