# **CRIMINAL CAUSE FOR STATUS CONFERENCE**

**BEFORE**:   Honorable Leonard D. Wexler
**DATE**:     11/28/2017
**TIME**:     11:30 to 11:40 (10 Mins.)

**DOCKET**:   16-CR-0573 (LDW)(ARL)
**TITLE**:    USA v. Hershko

**APPEARANCES**:
- **Itzhak Hershko (deft # 1)**
    - Present
    - On Bond
    - Represented by **Stephen P. Scaring (Retained)**

- **United States of America**
    - Represented by **Mark E. Misorek (AUSA)**
                    For Christopher Charles Caffarone (AUSA)

- Court Reporter: **Ellen Combs**

- Courtroom Deputy: ELR
_____

- Case called.

- Conference held.

- Further status conference set for **1/10/2018 at 11:00 AM** in Courtroom 940 before Judge Leonard D. Wexler.

- Defendant waives Speedy Trial; waiver executed.

- Defendant's current bond conditions continue.