# SCARING & CARMAN PLLC

ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N. Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING, P.C.
SUSAN SCARING CARMAN

MATTHEW W. BRISSENDEN
OF COUNSEL

sscaring@scaringlaw.com
scarman@scaringlaw.com

January 30, 2018

**BY ECF**

Honorable Leonard D. Wexler
Eastern District of New York
944 Federal Plaza
Central Islip, NY  11722-4454

      Re:    United States v. Hershko
               Docket No. 16-CR-0573 (LDW) (ARL)

Dear Judge Wexler:

     Our office represents the defendant, Isaac Hershko, in the above-captioned matter.  Mr. Hershko's next conference is scheduled for March 21, 2018.

     On behalf of Mr. Hershko, we would respectfully request permission for him to travel from New York to Maui, Hawaii on February 17, 2018, returning to New York on February 25, 2018.  He will be traveling with his wife and two daughters on a family vacation.

     I have discussed this matter with AUSA Christopher Caffarone and Pre-Trial Services Officer Joseph Elie, and they do not object to this application.

     Thank you.

Respectfully submitted,

STEPHEN P. SCARING

cc:  AUSA Christopher Caffarone by ECF
     Joseph Elie by e-mail
SPS/cn