CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J.

DATE: 4/4/2018      TIME: 11:00 a.m.    Time in court: 15 min.

DOCKET NUMBER: CR-16-0573        TITLE: USA v. Itzhak Hershko

DEFT NAME: Itzhak Hershko
 X  PRESENT    NOT PRESENT       IN CUSTODY    X   ON BAIL

ATTY FOR DEFT: John Carmen
 X  PRESENT      NOT PRESENT     X  RETAINED      C.J.A.
                                    FED. DEF. OF NY, INC.

A.U.S.A.: Christopher Caffarone     DEPUTY CLERK: Michele Savona

PROBATION:

COURT REPORTER:    P. AUERBACH     E. COMBS      P. LOMBARDI
     M. FOLEY         D. TURSI        O. WICKER

FTR: 11:13-11:15

OTHER

INTERPRETER:


 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

___ CASE ADJOURNED TO                                       FOR

___ MOTION CONFERENCE HELD ON                    'S MOTION TO

___ ARGUMENT HEARD    ___ MOTION GRANTED.   ___ MOTION DENIED.
                      ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

 X  SPEEDY TRIAL INFORMATION:
     CODE TYPE:  X-         START DATE: 4/4/2018 XSTRT
                            STOP DATE:  5/9/2018 XSTOP

 X  NEXT STATUS CONFERENCE SET FOR 5/9/2018 at 1:00 p.m.

___ DEFT. CONTINUED IN CUSTODY.

___ JURY SELECTION & TRIAL SCHEDULED FOR

___ MOTIONS TO BE MADE BY

___ RESPONSE BY GOVERNMENT BY

___ REPLY IF ANY BY

___ HEARING SET FOR:

____   **FINAL PRETRIAL CONFERENCE SET FOR** _____

____   **OTHER:**_____