CRIMINAL CAUSE FOR STATUS CONFERENCE
BEFORE: Bianco,J.

DATE: 5/9/2018      TIME: 1:00 p.m.    Time in court: 5 min.

DOCKET NUMBER: CR-16-0573         TITLE: USA v. Itzhak Hershko

DEFT NAME: Itzhak Hershko
 X   PRESENT      NOT PRESENT       IN CUSTODY    X   ON BAIL

ATTY FOR DEFT: Steven Scaring
  X  PRESENT        NOT PRESENT       X   RETAINED         C.J.A.
                                          FED. DEF. OF NY, INC.

A.U.S.A.: Christopher Caffarone    DEPUTY CLERK: G. Ortiz

PROBATION:

COURT REPORTER:    P. AUERBACH      E. COMBS        P. LOMBARDI
    M. FOLEY         D. TURSI        O. WICKER

FTR: 1:16-1:21

OTHER

INTERPRETER:


 X   CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

 X   SPEEDY TRIAL INFORMATION:
     CODE TYPE:  X-           START DATE: 5/9/2018 XSTRT
                              STOP DATE: 1/29/2019 XSTOP

 X    MOTIONS TO BE MADE BY 9/7/2018

 X    RESPONSE BY GOVERNMENT BY 10/9/2018

 X    REPLY IF ANY BY 10/23/2018

 X    ORAL ARGUMENT SET FOR: 11/13/2018 at 1:00 P.M.

 X    JURY SELECTION & TRIAL SCHEDULED FOR 1/29/2019 at 9:30 am

      FINAL PRETRIAL CONFERENCE SET FOR

      OTHER: