# SCARING & CARMAN PLLC

ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N. Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING, P.C.
SUSAN SCARING CARMAN

MATTHEW W. BRISSENDEN
OF COUNSEL

sscaring@scaringlaw.com
scarman@scaringlaw.com

June 12, 2018

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 12 2018 ★

LONG ISLAND OFFICE

**BY ECF**

Honorable Joseph Bianco
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: United States v. Hershko
Docket No. 16-CR-0573

Dear Judge Bianco:

Our office represents the defendant, Isaac Hershko, in the above-captioned matter.

On behalf of Mr. Hershko, we would respectfully request permission for him to travel from New York to Israel on September 20, 2018, returning to New York on October 6, 2018. He will be traveling with his family for the Jewish holidays and to attend a family wedding. Mr. Hershko has not made any specific travel plans pending your approval.

I have discussed this matter with AUSA Christopher Caffarone, who does not consent to this travel, and Pre-Trial Services Officer Joseph Elie, who is deferring to the Court on the subject of international travel.

Thank you.

Respectfully submitted,

STEPHEN P. SCARING

*Request granted.*

**SO ORDERED**

Joseph Bianco
Joseph F. Bianco
USDJ
Date: June 12, 2018
Central Islip, N.Y.

cc: AUSA Christopher Caffarone by ECF
    Joseph Elie by e-mail
SPS/cn