# SCARING & CARMAN PLLC

ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N.Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING, P.C.
SUSAN SCARING CARMAN

MATTHEW W. BRISSENDEN
OF COUNSEL

sscaring@scaringlaw.com
scarman@scaringlaw.com

August 9, 2018

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 21 2018 ★

LONG ISLAND OFFICE

**BY ECF**

Honorable Joseph Bianco
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: United States v. Hershko
Docket No. 16-CR-0573

Dear Judge Bianco:

Our office represents the defendant, Isaac Hershko, in the above-captioned matter.

On June 12, 2018, we requested permission for Mr. Hershko to travel from New York to Israel on September 20, 2018, returning to New York on October 6, 2018, for the Jewish holidays and to attend a family wedding. Your Honor granted permission for this travel on the same day.

I have been contacted by Mr. Hershko's wife who requested a change to the dates of travel. They plan to travel from New York to Israel on September 27, 2018, returning to New York on October 10, 2018. We respectfully request permission for Mr. Hershko to change his travel plans.

Thank you.

Respectfully submitted,

STEPHEN P. SCARING

Request granted.

cc: AUSA Christopher Caffarone by ECF
    Joseph Elie by e-mail
SPS/cn

**SO ORDERED**

Joseph Bianco
Joseph F. Bianco
USDJ
Date: Aug. 21, 20 18
Central Islip, N.Y.