## CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J.

DATE: 10/18/2018      TIME: 1:00 p.m.    Time in court: 15 min.

DOCKET NUMBER:  CR-16-0573          TITLE: USA v. Itzhak Hershko

DEFT NAME: Itzhak Hershko
 X   PRESENT    ___ NOT PRESENT      ___ IN CUSTODY    X   ON BAIL

ATTY FOR DEFT: Steven Scaring
  X  PRESENT       ___ NOT PRESENT      X   RETAINED      ___ C.J.A.
                                        ___ FED. DEF. OF NY, INC.

A.U.S.A.: Christopher Caffarone    DEPUTY CLERK: Michele Savona

PROBATION: _____

COURT REPORTER:  ___ P. AUERBACH    ___ E. COMBS    ___ P. LOMBARDI
    ___ M. FOLEY       ___ D. TURSI       ___ O. WICKER

FTR: 1:24-1:26

OTHER _____

INTERPRETER: _____

 X   CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

 X   SPEEDY TRIAL INFORMATION:
     CODE TYPE:  X-        START DATE: 5/9/2018 XSTRT
                           STOP DATE:  1/29/2019 XSTOP

 X   MOTIONS TO BE MADE BY 12/3/2018

 X   RESPONSE BY GOVERNMENT BY 1/7/2019

 X   REPLY IF ANY BY 1/14/2019

 X   ORAL ARGUMENT SET FOR: 1/18/2019 at 1:30 P.M.

 X   JURY SELECTION & TRIAL SCHEDULED FOR 1/29/2019 at 9:30 am

 ___   FINAL PRETRIAL CONFERENCE SET FOR _____

 ___   OTHER: _____