# SCARING & CARMAN PLLC
ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N.Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING, P.C.
SUSAN SCARING CARMAN

MATTHEW W. BRISSENDEN
OF COUNSEL

sscaring@scaringlaw.com
scarman@scaringlaw.com

January 18, 2019

**BY ECF**

Honorable Joseph Bianco
District Judge, United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    United States v. Hershko
              Docket No. 16-CR-0573

Dear Judge Bianco:

    My apologies for not appearing today. Mr. Caffarone and I have entered into a Plea Agreement and we have been attempting to schedule a time convenient to the Court. Because of that, I had unfortunately deleted today's date from the calendar. My client recently had back surgery. However, he should be available within a very short period of time to appear in Court. I am out of town beginning tomorrow morning, returning on January 28.

    I would respectfully request that the Court take this matter off the trial calendar and schedule a plea for the morning of January 28. I have an important matter that I must attend to in Manhattan in the afternoon and would like to personally appear for this plea. In the event, however, that the Court deems it necessary to put the matter on for the afternoon, I will have someone else stand in. The speedy trial waiver ends on January 28. However, my client has authorized me to waive speedy trial for whatever additional days are necessary to conclude his plea.

    Thank you.

Respectfully,

STEPHEN P. SCARING

SPS/cn