CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J.

DATE: 01/28/2019     TIME: 10:40 a.m.   Time in court: 5 min.

DOCKET NUMBER:  CR-16-0573        TITLE: USA v. Itzhak Hershko

DEFT NAME: Itzhak Hershko
 X   PRESENT ___ NOT PRESENT ___IN CUSTODY   X   ON BAIL

ATTY FOR DEFT: Steven Scaring
   X PRESENT        NOT PRESENT    X   RETAINED       C.J.A.
                                      FED. DEF. OF NY, INC.

A.U.S.A.: Charles Kelly for Christopher Caffarone

PROBATION:

COURT REPORTER: FRED GUERINO           INTERPRETER:

DEPUTY CLERK: G. Ortiz


 X   CASE CALLED;

 X   COUNSEL FOR ALL SIDES PRESENT.

 X   SPEEDY TRIAL INFORMATION:
     CODE TYPE:  X-         START DATE: 01/28/2018 XSTRT
                            STOP DATE: 02/05/2019 XSTOP

 X   NEXT HEARING SET FOR  02/05/2019 AT 10:00 AM.

 X   DEFT. CONTINUED ON BAIL.

____   OTHER: