## CRIMINAL CAUSE FOR GUILTY PLEA

BEFORE JUDGE BIANCO,

DATE: 2/5/2019     TIME: 10:00 a.m.    TIME IN COURT: 1 hr.

DOCKET NUMBER: CR-16-573    TITLE: USA V Hershko

DEFT NAME: Itzhak Hershko
 X  PRESENT    ___ NOT PRESENT    ___ IN CUSTODY   X  ON BAIL

ATTY FOR DEFT: Stephen Scaring          X RETAINED        C.J.A.
 X  PRESENT                                    NOT PRESENT
                                         FED. DEF. OF NY, INC.

A.U.S.A. Christopher Cafferone      DEPUTY CLERK: Michele Savona

REPORTER: __ PERRY AUERBACH   ___ ELLEN COMBS   ___ PAUL LOMBARDI
   ___ MARY ANN STEIGER  ___ DOM TURSI  ___ OWEN WICKER

FTR: 10:19-10:55

INTERPRETER:

 X    CASE CALLED;

 X    COUNSEL FOR ALL SIDES PRESENT.

 X    DEFT (S) STATES TRUE NAME TO BE:_____

 ___  FIRST APPEARANCE OF DEFENDANT.

 ___  WAIVER OF INDICTMENT EXECUTED.

 ___  SUPERSEDING INDICTMENT FILED.

 ___  SUPERSEDING INFORMATION FILED.

 ___  DEFT(S) _____ ENTERS A GUILTY PLEA TO COUNT_____ OF THE
      SUPERSEDING INDICTMENT/INFORMATION.

 X    DEFT WITHDRAWS NOT GUILTY PLEA AND ENTERS A PLEA OF GUILTY TO
      COUNT 1  OF THE INDICTMENT.

 X    COURT FINDS A FACTUAL BASIS FOR THE PLEA.

**X**   SENTENCE DATE SET FOR 9/19/19 AT 10:00 a.m.

**X**   PROBATION NOTIFIED.

**X**   BAIL STATUS CONTINUED FOR DEFT. _____.

___   DEFT. _____ CONTINUED IN CUSTODY.

___   BAIL SET AT _____

___   CASE ADJ'D TO _____

___   OTHER: _____