# SCARING & CARMAN PLLC
### ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N.Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING, P.C.
SUSAN SCARING CARMAN

MATTHEW W. BRISSENDEN
OF COUNSEL

sscaring@scaringlaw.com
scarman@scaringlaw.com

June 28, 2019

**BY ECF**

Honorable Denis R. Hurley
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    United States v. Hershko
              Docket No. 16-CR-0573

Dear Judge Hurley:

    Our office represents the defendant, Isaac Hershko, in the above-captioned matter.

    On behalf of Mr. Hershko, we would respectfully request permission for him to travel from New York to Tel Aviv, Israel on Wednesday, July 31, 2019, returning to New York on Wednesday, August 14, 2019. He will be traveling with his family and staying at the home of his sister. The purpose of the trip is a family vacation, attendance at a family wedding and visiting the grave of his father.

    I have discussed this matter with AUSA Christopher Caffarone and Pre-Trial Services Officer Donna Mackey. They do not object to Mr. Hershko's travel plans.

    Thank you.

Respectfully submitted,

*Stephen Scaring*

STEPHEN P. SCARING

cc: AUSA Christopher Caffarone (by ECF)
     Donna Mackey (by e-mail)
SPS/cn

Approved.

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: 7/8/2019
Central Islip