

MEMORANDUM TO
THE HONORABLE JOANNA SEYBERT
UNITED STATES DISTRICT JUDGE

RE: **U.S. v. Itzhak Hershko**
DOCKET #: **16-CR-573-01**
SENTENCE DATE: **September 19, 2019**

## REQUEST FOR ADJOURNMENT DUE TO DELAY IN PRESENTENCE INVESTIGATION

On February 5, 2019, the defendant pled guilty before The Honorable Joseph F. Bianco, U.S. Circuit Judge, to Count 1 of a 4-count Indictment, charging the defendant with Conspiracy to Commit Bank Fraud. At that time, the Court ordered the Probation Department to conduct a presentence investigation, which has been assigned to the undersigned officer.

During the presentence investigation, the Probation Department has requested case-related information from the Government on several occasions, and as of this writing, the information has not been provided. Consequently, the Probation Department is unable to complete critical portions of the presentence report, including the offense conduct, the offense level computation, and the sentencing options. Accordingly, the Probation Department is requesting an adjournment of the sentence date to provide additional time for the Probation Department to obtain the information it needs from the Government. It is hoped that an adjournment of the sentence date to a date in November 2019 will allow sufficient time for the Probation Department to complete the presentence report.

2

If Your Honor has any concerns regarding this matter, please contact the undersigned officer.

/s/ Joanna Seybert                    8-23-19
Application Granted ✓                 Date
U.S. District Judge

New Sentence Date and Time: november 22, 2019 at 2:00 p.m.

_____          _____
Application Denied                           Date
U.S. District Judge

RESPECTFULLY SUBMITTED,

VITA QUARTARA
ACTING CHIEF U.S. PROBATION OFFICER

Prepared by:

Gregory Giblin
U.S. Probation Officer
(631) 712-6354

Date: August 22, 2019

cc:   Stephen P. Scaring, Esq., Defense Counsel

      Christopher C. Caffarone, Esq., Assistant United States Attorney