# SCARING & CARMAN PLLC

ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N.Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING, P.C.
SUSAN SCARING CARMAN

MATTHEW W. BRISSENDEN
OF COUNSEL

sscaring@scaringlaw.com
scarman@scaringlaw.com

November 18, 2019

**BY ECF**

Hon. Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

      Re:    United States v. Itzhak Hershko
                16-CR-573

Dear Judge Seybert:

      I represent defendant Itzhak Hershko who is scheduled to be sentenced before Your Honor on November 22, 2019 at 2:00 p.m.  We are still in the process of putting together our sentencing submission and require additional time.  I have discussed this matter with Your Honor's Courtroom Deputy and with AUSA Chris Caffarone.  I have requested that sentencing be adjourned until January 10, 2020 at 10:00 a.m.  Mr. Baran advises me that you are free at that time.  Mr. Caffarone has no objection to this request.

      Thank you.

Respectfully submitted,

STEPHEN P. SCARING

cc:  AUSA Christopher Caffarone (by ECF)
SPS/cn