# SCARING & CARMAN PLLC

ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N.Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING, P.C.
SUSAN SCARING CARMAN

MATTHEW W. BRISSENDEN
OF COUNSEL

sscaring@scaringlaw.com
scarman@scaringlaw.com

December 17, 2019

**BY ECF**

Hon. Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: United States v. Itzhak Hershko
16-CR-573

Dear Judge Seybert:

I represent defendant Itzhak Hershko who is scheduled to be sentenced before Your Honor on January 10, 2020. We are still in the process of preparing our objections to the presentence report and have not yet completed our sentencing submission. Accordingly, we are respectfully requesting that the matter be adjourned until February 14, 2020. I have spoken to AUSA Christopher Caffarone, and he is available that week and consents to the adjournment.

Thank you for your consideration.

Respectfully submitted,

STEPHEN P. SCARING

cc: AUSA Christopher Caffarone (by ECF)
Gregory Giblin, Probation Officer (by email)
SPS/cn