## SCARING & CARMAN PLLC

ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N.Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING, P.C.
SUSAN SCARING CARMAN

MATTHEW W. BRISSENDEN
OF COUNSEL

sscaring@scaringlaw.com
scarman@scaringlaw.com

February 10, 2020

**BY ECF**

Hon. Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    United States v. Itzhak Hershko
                  16-CR-573

Dear Judge Seybert:

      Mr. Hershko's sentence is currently scheduled for 11:30 on Friday, February 14. There is a family recital that is quite important to the defendant and his wife and is taking place late morning on February 14. If it would not be inconvenient, I would appreciate it if the Court could delay the sentencing until 1:00 or 2:00. I have discussed the matter with AUSA Christopher Caffarone and he has no objection.

      Thank you.

                                          Respectfully submitted,

                                          STEPHEN P. SCARING

cc:    AUSA Christopher Caffarone (by ECF)
        Probation Officer Gregory Giblin (by email)
SPS/cn