# SCARING & CARMAN PLLC

ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N.Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING, P.C.
SUSAN SCARING CARMAN

MATTHEW W. BRISSENDEN
OF COUNSEL

sscaring@scaringlaw.com
scarman@scaringlaw.com

March 2, 2020

**BY ECF**

Hon. Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    United States v. Itzhak Hershko
              16-CR-573

Dear Judge Seybert:

    We represent Isaac Hershko who is scheduled to be sentenced before Your Honor on March 27, 2020.

    As I indicated in my presentence report, Mr. Hershko was a candidate for open heart surgery. I am enclosing an update on his current condition which includes his scheduled surgery at Mount Sinai Hospital.

Respectfully submitted,

STEPHEN P. SCARING

Enclosure
cc:    AUSA Christopher Caffarone (by ECF)
        Probation Officer Gregory Giblin (by email)
SPS/cn