

Department of
Cardiovascular Surgery

Mount Sinai Health System
1190 Fifth Avenue, Box 1028
New York, NY 10029-6574
T 212-659-6800
F 212-659-6818

Wednesday, February 26, 2020.

Re: Itzhak Hershko
DOB: 10-27-1958

To whom it may concern:

Please be advised that the above named patient will undergo open heart surgery Monday, April 20, 2020 with Dr. David Adams here at The Mount Sinai Hospital. Mr. Hershko will stay in the hospital for about 8 days. After discharge from Mount Sinai Hospital, he is to continue postoperative recovery and convalescence at home for about 3 months.

If you have any questions regarding this patient, please do not hesitate to contact my office at (212) 659-6820.

Sincerely,

Percy Boateng, MD