

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

CCC
F. #2011R01545

*610 Federal Plaza
Central Islip, New York 11722*

March 19, 2020

By ECF
The Honorable Joanna Seybert
Senior United States District Court Judge
United States District Court
Eastern District of New York
1030 Federal Plaza
Central Islip, NY 11722

       Re:    <u>United States v. Itzhak Hershko</u>
                  Criminal Docket No. 16-573 (JS)

Dear Judge Seybert:

       The government writes to ask the Court to adjourn the restitution hearing scheduled to take place in the above-referenced case on March 27, 2020 to May 15, 2020 at 1:30 p.m.  Defense counsel joins this request.

                                    Respectfully submitted,

                                      RICHARD P. DONOGHUE
                                    United States Attorney

                By:     /s/
                         Christopher Caffarone
                         Assistant U.S. Attorney
                         (631) 715-7868

cc:    Stephen Scaring, Esq. (via ECF and email)