

U.S. Department of Justice

United States Attorney
Eastern District of New York

CCC:ss
F. #2011R01545

610 Federal Plaza
Central Islip, New York 11722

May 6, 2020

By ECF
The Honorable Joanna Seybert
Senior United States District Court Judge
United States District Court
Eastern District of New York
1030 Federal Plaza
Central Islip, NY 11722

   Re: United States v. Itzhak Hershko
     Criminal Docket No. 16-573 (JS)

Dear Judge Seybert:

   The government writes to ask the Court to adjourn the restitution hearing scheduled to take place in the above-referenced case on May 15, 2020 to June 29, 2020 at 10:30 a.m.  Defense counsel joins this request.

            Respectfully submitted,

            RICHARD P. DONOGHUE
            United States Attorney

        By:  /s/
            Christopher Caffarone
            Assistant U.S. Attorney
            (631) 715-7868

cc: Stephen Scaring, Esq. (via ECF)