## SCARING & CARMAN PLLC
ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N.Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING, P.C.
SUSAN SCARING CARMAN

MATTHEW W. BRISSENDEN
OF COUNSEL

sscaring@scaringlaw.com
scarman@scaringlaw.com

June 17, 2020

**BY ECF**

Hon. Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:  United States v. Itzhak Hershko
     16-CR-573

Dear Judge Seybert:

My office represents Itzhak Hershko who is scheduled to be sentenced before Your Honor on June 29, 2020. This letter and accompanying enclosure will supplement paragraph 6 of our February 5, 2020 submission "Medical History."

In our earlier submission, we briefly addressed Mr. Hershko's medical history, including his coronary issues. It has now been determined by his medical professionals that Mr. Hershko will require surgery to repair the mitral valve and possibly the tricuspid valve. The surgery will be performed by Dr. David Adams and Dr. Percy Boateng on July 9, 2020 (see enclosed email from Mount Sinai Hospital).

Respectfully submitted,

*Stephen P. Scaring* (cn)

STEPHEN P. SCARING

Enclosure
cc:  AUSA Christopher Caffarone (by ECF)
     Probation Officer Gregory Giblin (by email)
SPS/cn