

U.S. Department of Justice

United States Attorney
Eastern District of New York

CCC:ss
F. #2011R01545

610 Federal Plaza
Central Islip, New York 11722

June 24, 2020

<u>By ECF</u>

The Honorable Joanna Seybert
Senior United States District Court Judge
United States District Court
Eastern District of New York
1030 Federal Plaza
Central Islip, NY 11722

   Re: United States v. Itzhak Hershko
     <u>Criminal Docket No. 16-573 (JS)</u>

Dear Judge Seybert:

  The government writes to ask the Court to adjourn the restitution hearing scheduled to take place in the above-referenced case on June 29, 2020 to date and time convenient for the Court. Defense counsel joins this request.

          Respectfully submitted,

          RICHARD P. DONOGHUE
          United States Attorney

      By: /s/
          Christopher Caffarone
          Assistant U.S. Attorney
          (631) 715-7868

cc: Stephen Scaring, Esq. (via ECF)