## SCARING & CARMAN PLLC
ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N.Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING, P.C.
SUSAN SCARING CARMAN

MATTHEW W. BRISSENDEN
OF COUNSEL

sscaring@scaringlaw.com
scarman@scaringlaw.com

June 24, 2020

**BY ECF**

Hon. Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:   United States v. Itzhak Hershko
      16-CR-573

Dear Judge Seybert:

This will confirm the joint request of the Government and defense counsel to adjourn the sentencing and restitution hearing currently scheduled for June 29, 2020 to September 21, 2020 at 11:00 a.m.

Respectfully submitted,

*Stephen P. Scaring (cn)*

STEPHEN P. SCARING

cc:   AUSA Christopher Caffarone (by ECF)
SPS/cn