## SCARING & CARMAN PLLC
ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N.Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING, P.C.
SUSAN SCARING CARMAN

MATTHEW W. BRISSENDEN
OF COUNSEL

sscaring@scaringlaw.com
scarman@scaringlaw.com

September 16, 2020

**BY ECF**

Hon. Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re: United States v. Isaac Hershko
         16-CR-573

Dear Judge Seybert:

    I represent Isaac Hershko who is scheduled to be sentenced before Your Honor on Monday, September 21, 2020, at 11:00 a.m. Due to Mr. Hershko's upcoming additional surgery, we are requesting an adjournment to December 2 or 3, 2020. I have spoken with AUSA Christopher Caffarone. He consents to this adjournment and is available on both of those dates.

    Thank you for your consideration.

                                    Respectfully submitted,

                                    *Stephen P. Scaring*

                                    STEPHEN P. SCARING

cc:    AUSA Christopher Caffarone (by ECF)
        Gregory Giblin, Probation Officer (by email)
SPS/cn