# SCARING & CARMAN PLLC

ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N.Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING, P.C.
SUSAN SCARING CARMAN

MATTHEW W. BRISSENDEN
OF COUNSEL

sscaring@scaringlaw.com
scarman@scaringlaw.com

November 24, 2020

**BY ECF**

Hon. Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: United States v. Itzhak Hershko
16-CR-573

Dear Judge Seybert:

We represent the defendant, Isaac Hershko, who is currently scheduled to be sentenced before you on December 3, 2020. Mr. Hershko has recently undergone heart valve surgery and, based upon the medical information provided, Mr. Hershko's medical condition will not permit his attendance at a sentencing hearing on that day.

I am respectfully requesting that the sentence be adjourned to January 28, 2021. We have communicated with Mr. Baran, and he advises that a time slot at 10:30 is available. AUSA Christopher Caffarone consents to this application.

Thank you.

Respectfully submitted,

*Stephen P. Scaring*

STEPHEN P. SCARING

cc: AUSA Christopher Caffarone (by ECF)
Probation Officer Gregory Giblin (by email)
SPS/cn