NORTHWELL HEALTH

## NORTH SHORE UNIVERSITY HOSPITAL

300 COMMUNITY DRIVE, MANHASSET, NEW YORK 11030 • (516) 562-0100

**PATIENT NAME:** HERSHKO, ITZHAK
**DATE OF OPERATION:** 01/07/2019
**MEDICAL RECORD #:** 41133094
**ENCOUNTER #:** 500010330594
**SURGEON:** MICHAEL A. LEFKOWITZ 055111
**DATE OF BIRTH:** 10/27/1958

### OPERATIVE REPORT

**FIRST ASSISTANT:** KATHRYN WAGNER, MD, Resident

**PREOPERATIVE DIAGNOSIS:** L1 compression fracture.
**POSTOPERATIVE DIAGNOSIS:** L1 compression fracture.
**NATURE OF OPERATION:**
1. T11 to L3 segmental stabilization using Medtronic Solera pedicle screw system
2. T11 to L3 posterolateral fusion using cancellous bone chips and Grafton bone matrix.
3. Use of somatosensory and motor-evoked potentials and Iso-C spin CT fluoroscopy.

**HISTORY AND INDICATIONS** The patient is 60-year-old man who was involved in a motor vehicle accident approximately 6 months ago. He sustained an L1 and L4 compression fracture. He was initially managed conservatively, but he developed persistent thoracolumbar back pain and imaging studies demonstrated persistent failure of healing of the L1 vertebra. A decision was made to perform a T11 to L3 stabilization and fusion.

**OPERATIVE PROCEDURE:** Informed consent was obtained from the patient prior to the procedure. The risks of procedure were discussed including, not limited, bleeding, infection, neurologic injury, failure of improvement of symptoms, need for additional surgery, pain, failure of fusion, failure of instrumentation, medical complications, and death. The patient consented to the procedure.

The patient was brought to the operating room and generalized endotracheal neuroanesthesia was induced by the Anesthesia service. Foley catheter and radial arterial line and sequential compression devices were applied. Antibiotics and corticosteroids were administered. Somatosensory and motor evoked potentials were instituted at the beginning of procedure and continued throughout.

Page 1 of 3

The patient was carefully rotated into prone position on a modular Jackson table. Care was taken to pad all appropriate pressure points. Intraoperative fluoroscopy verified appropriate spinal levels. The lumbar region was prepped in usual fashion. An ink pen was used demarcate the midline of the thoracic and lumbar spine. The patient was prepped and draped in the usual fashion. Marcaine and Exparel anesthetic were infused into demarcated incision.

The skin was incised with #10-blade knife down to thoracic and lumbodorsal fascia. Hemostasis was achieved with bipolar and Bovie cautery and self-retaining retractors. Bovie cautery was used dissect down through the thoracic and lumbodorsal fascia so as to expose the spinous processes and lamina and facets and the transverse processes from T11 to L3 bilaterally. Intraoperative fluoroscopy verified appropriate spinal levels.

Medtronic Solera pedicle screws were placed from T11 to L3 in the following fashion: The Midas Rex drill was used to create pilot holes at the junction of lateral aspect of pars and transverse process using lateral fluoroscopic guidance. A gearshift probe was used create trajectory holes through the pedicles into the vertebral bodies using lateral fluoroscopic guidance. Pedicle probe was used to probe the trajectory holes for bony margins. 4.5 or 5.5 mm diameter taps were used to tap the trajectory holes using lateral fluoroscopic guidance. The 4.5-mm diameter tap was used for the right L2 pedicle. Pedicle probe was used to probe the trajectory holes for bony margins. Medtronic Solera pedicle screws measuring 5.5 or 6.5 mm in diameter and 30, 45, or 50 mm length were then inserted into the T11 through L3 pedicles bilaterally using lateral fluoroscopic guidance with a snug fit. At the right L2 level, a 5.5-mm diameter pedicle screw was used and at the L1 level, 30-mm length screws were used.

The L1, L2 and L3 pedicle screws were stimulated for EMG with stimulation thresholds in excess 17 mA with the exception of the right L2 pedicle screw which had an 8 mA stimulation threshold.

An Iso-C spin CT fluoroscopy was performed which demonstrated that the right L2 pedicle screw was medially situated. The screw was removed and the gearshift probe was used to create a more laterally situated trajectory. The screw was reinserted into a more laterally situated trajectory with a subsequent EMG stimulation threshold of 11 mA. An Iso-C spin CT fluoroscopy demonstrated good pedicle screw placement.

A 5 5-mm diameter rods were cut and contoured to the appropriate length and shape bilaterally and then seated in the pedicle screw heads with top loading setscrews, which were provisionally tightened and then permanently tightened with counter-torquing forces. The construct was quite rigid. Lateral fluoroscopic images demonstrated good implant placement and good spinal alignment.

The operative field was copiously irrigated with bacitracin solution. The Midas Rex drill was used to decorticate the exposed spinous processes and lamina and facets from T11 to L3 bilaterally.

Cancellous bone chips and Grafton bone matrix were morselized and mixed with autologous blood and then the fusion materials were packed over the exposed and decorticated spinous processes and lamina and facets from T11 to L3 bilaterally.

A 2 g of vancomycin powder was sprinkled in the operative field. Two medium Hemovac drains were placed in the operative field and tunneled subcutaneously. They were secured with nylon drain stitches. The self-retaining retractors were withdrawn and the thoracic and lumbodorsal fascia were reapproximated with 0 Vicryl suture in an interrupted fashion and skin was closed with 0 Vicryl and 2-0 Vicryl suture in an interrupted fashion and staples. Additional Marcaine and Exparel anesthetic were infused into demarcated incision. Sterile dressing was applied to the incision.

Sponge and needle counts were reported as correct. The estimated blood loss was 200 mL. There were no specimens. The somatosensory and motor-evoked potentials were stable throughout procedure. The patient was carefully returned to the supine position and awakened from neuroanesthesia.

He was found be following commands and moving all extremities appropriately. He was extubated, and transported to the postoperative anesthesia care unit with stable vital signs.

```
DICT:    MICHAEL A. LEFKOWITZ, MD (055111) 01/07/2019 01:21 PM
TRANS:   S_DOUGM_01/V_JDRAK_P 01/07/2019 01:24 PM
JOB:     7233085
```

Electronically Signed by: MICHAEL A. LEFKOWITZ 01/08/2019 09:59:09 PM

NORTHWELL HEALTH

## North Shore University Hospital
300 COMMUNITY DRIVE, MANHASSET, NEW YORK 11030 (516) 562-0100

**PATIENT NAME:** HERSHKO, ITZHAK
**DATE OF OPERATION:** 09/14/2020
**MEDICAL RECORD #:** 41133094
**ENCOUNTER #:** 500011342697
**SURGEON:** MICHAEL A. LEFKOWITZ 055111
**DATE OF BIRTH:** 10/27/1958

## OPERATIVE REPORT

**FIRST ASSISTANT:** CONTE, PA

**PREOPERATIVE DIAGNOSIS:** Cervical spondylosis with left cervical radiculopathy and C3-4, C4-5, C5-6, and C6-7 disc herniations.
**POSTOPERATIVE DIAGNOSIS:** Cervical spondylosis with left cervical radiculopathy and C3-4, C4-5, C5-6, and C6-7 disc herniations.
**NATURE OF OPERATION:** C3-4, C4-5, C5-6, C6-7 anterior cervical discectomy and fusion using Stryker Tritanium interbody implants with Expanse allografts and Medtronic Atlantis Elite anterior cervical plate. Use of somatosensory and motor evoked potentials and intraoperative fluoroscopy.

**HISTORY AND INDICATIONS:** The patient is a 61-year-old man who presents with neck pain and left cervical radiculopathy. Imaging studies including an MRI and CT scan of the cervical spine reveal C3-4, C4-5, C5-6, C6-7 disc herniations causing spinal cord compression and neural foraminal narrowing. The patient failed nonsurgical management. A decision was made to perform a C3-C7 anterior cervical discectomy and fusion.

**DESCRIPTION OF PROCEDURE:** Informed consent was obtained from the patient prior to the procedure. The risks of the procedure were described as including but not limited to bleeding, infection, neurologic injury, failure of improvement of symptoms, need for additional surgery, pain, dysphagia, dysphonia, failure of fusion, failure of instrumentation, wound healing issues, cerebrospinal fluid leak, development of adjacent segment degenerative disc disease, medical complications, and death. The patient consented to the procedure.

**DESCRIPTION OF PROCEDURE:** The patient was brought to the operating room, and generalized endotracheal neuroanesthesia using GlideScope was induced by the anesthesia service. Foley catheter and radial arterial line and sequential compression devices were applied. Antibiotics and corticosteroids were administered. The Anesthesia service was asked to avoid hypotension

Page 1 of 4

5

during the procedure. Somatosensory and motor evoked potentials were instituted at the beginning of the procedure and continued throughout. The patient was placed on the operating table in the supine position with the head on a horseshoe headrest and neck in gentle extension. Care was taken to pad all appropriate pressure points. Intraoperative fluoroscopy verified appropriate spinal levels. Left side of neck was prepped in the usual fashion. An ink pen was used to demarcate a transverse incision along the medial border of the left sternocleidomastoid muscle. 10 pounds of halter traction was applied. The patient was prepped and draped in the usual fashion. Marcaine anesthetic was infused into the demarcated incision.

The skin was incised with a #10 blade knife down to platysma muscle. Hemostasis was achieved with bipolar and Bovie cautery and self-retaining tractors. Bovie cautery was used to dissect down through the platysma muscle which was undermined with Metzenbaum scissors. Surgical corridor was identified which was lateral to the esophagus and trachea and medial to left carotid sheath. Cloward handheld retractors were placed for traction. Cervical prevertebral fascia was identified and dissected bluntly and sharply. Low-power Bovie cautery was used to demarcate the midline of the cervical spine from C3 to C7 as well as to dissect the longus colli muscles from the ventral aspect of the spine bilaterally. Shadow-Line anterior cervical retractors were placed in the operative field against longus colli muscle, and gentle retraction was applied. The Shadow-Line retractor was rigidly attached to the operating table via the articulating arm. Intraoperative fluoroscopy verified appropriate spinal levels.

Ventral osteophytes were removed with Leksell rongeur and Midas Rex drill. C3-4, C4-5, C5-6, C6-7 discectomies were performed in the following fashion: The annulus of disc space was incised with a #15 blade knife, and then discectomies were performed with pituitary forceps, up-angled curettes, Kerrison forceps, and Midas Rex drill. Midas Rex drill was used to remove cartilaginous endplates and uncovertebral osteophytes. This revealed the posterior longitudinal ligament in each disc space. This was breached at the C3-4 and C6-7 levels and preserved at C4-5 and C5-6 levels. Decompression was carried out bilaterally at the C3-4 level and on the left side at the C6-7 level. Good decompression of the neural foramina was achieved. The operative field was copiously irrigated with bacitracin solution. Hemostasis was achieved with Gelfoam soaked in thrombin and gentle cottonoid pressure. After the acquisition of hemostasis, the cottonoids and the Gelfoam were withdrawn. The operative field was copiously irrigated with bacitracin solution.

Stryker Tritanium lordotic interbody implant trials were placed into the disc spaces using lateral fluoroscopic guidance. At the C3-4 level, 14 x 12 x 6 mm x 6-degree lordosis trial was used, at the C4-5 and C5-6 levels, 17 x 14 x 5 mm x 6-degree

Page 2 of 4

lordosis implant trial was used and at the C6-7 level, 17 x 14 x 6 mm x 6-degree lordosis implant trial was used. The fit was snug in each case. Lateral fluoroscopic images demonstrated acceptable implant placement and spinal alignment. Appropriately sized Stryker Tritanium titanium lordotic interbody implants were procured and packed with Expanse allograft and impacted into the disc spaces. Again, at the C3-4 level, 14 x 12 x 6 mm x 6-degree lordosis implant was used, the C4-5 and C5-6 levels, 17 x 14 x 5 mm x 6-degree lordosis implant trials were used, and at the C6-7 level, 17 and 14 x 6 mm x 6-degree lordosis implant was used. The fit was snug in each case. Lateral fluoroscopic images demonstrated acceptable implant placement and spinal alignment. 10 pounds of halter traction was withdrawn.

A Medtronic Atlantis Elite anterior cervical plate measuring 77 mm in length was placed in the operative field with stabilizing pins and found to fit snugly. The Atlantis Elite variable-angle drill guide and hand drill were used to create trajectory holes in the C3 through C7 vertebral bodies bilaterally using lateral fluoroscopic guidance. Variable-angle screws measuring 4 mm in diameter and 15 or 16 mm length were then inserted into the C3 through C7 vertebral bodies bilaterally using lateral fluoroscopic guidance with a snug fit. The anti-screw pullout devices were tightened over the screw heads. Lateral fluoroscopic images demonstrated acceptable implant placement and spinal alignment. The operative field was copiously irrigated with bacitracin solution. A medium Hemovac drain was placed in the operative field and tunneled subcutaneously and secured with nylon drain stitch. The Shadow-Line retractor was withdrawn. The platysma muscle was reapproximated with 3-0 Vicryl suture in an interrupted fashion, and the skin was closed with 3-0 Vicryl suture in an interrupted fashion and 4-0 Monocryl suture in a continuous running fashion. Steri-Strips and sterile dressing applied to the incision.

Sponge and needle counts were reported as correct. The estimated blood loss was 50 mL. There were no specimens. The somatosensory and motor-evoked potentials were stable throughout the procedure. The patient was awakened from neuroanesthesia and found to be following commands and moving all extremities appropriately. He was extubated and transported to the postoperative anesthesia care unit with stable vital signs.

DICT: MICHAEL A. LEFKOWITZ, MD (055111) 09/14/2020 05:20 PM
TRANS: S_TROYJ_01/V_DVSAT_P 09/14/2020 05:24 PM
JOB: 7279047

Page 3 of 4



**Mount Sinai**

Department of
Cardiovascular Surgery

Mount Sinai Health System
1190 Fifth Avenue, Box 1028
New York, NY 10029-6574
T 212-659-6800
F 212-659-6818

November 23, 2020

Re: Itzhak Hershko
DOB: 10/27/58
MRN: E708823

To Whom It May Concern:

Please be advised that Mr. Itzhak Hershko underwent mitral valve repair surgery at Mount Sinai Hospital on November 10, 2020 performed by Dr. David Adams. It was decided that from a cardiac surgery standpoint, Mr. Hershko is cleared to return to work duties as of February 10, 2021 with no restrictions. Currently, the patient is prohibited from more than 10 lbs. for one month and lifting 20 lbs. for the following two months. In addition, the patient may not drive for 4-6 weeks after the surgery.

If you have any questions regarding this patient, please do not hesitate to contact my office at (212) 659-6820.

Sincerely,

Marietta De Perio, NP
Office of David H. Adams, MD

# MOVEMENT CONCEPTS ☤ PHYSICAL THERAPY
### WHERE MOVEMENT IS YOUR MEDICINE

| 825 East Gate Blvd, Suite 100 | 55 Maple Avenue, Suite 306 | 35-16 Francis Lewis Blvd Unit A |
|---|---|---|
| Garden City, NY 11530 | Rockville Centre, NY 11570 | Flushing, NY 11358 |
| Phone (516) 227-5344 | Phone (516) 705-8836 | Phone (718) 428-3500 |
| Fax (516) 227-5339 | eFax (516) 908-6222 | Fax (718) 428-0800 |

To whom it may concern,

Mr. Itzhak Hershko is under our care for physical therapy rehabilitation for injuries to his neck and back since the beginning of this year. He attends physical therapy multiple times a week at our Rockville Centre office and will continue to do so until his rehabilitation goals are met. If you have any questions or concerns please feel free to reach out to our offices at the phone numbers listed above.

Sincerely,

Anthony Garibaldi, DPT
Physical Therapist

STEV
M
N

 LONG ISLAND NEUROSURGICAL ASSOCIATES

01/19/2021

**Patient Name:** Itzhak Hershko
**DOB:** 10/27/1958

### Diagnoses

1. S/P CERVICAL DISCECTOMY
2. CERVICAL SPONDYLOSIS
3. POSTOPERATIVE STATE

### To Whom It May Concern:

Itzhak Hershko is a patient in the Long Island Neurosurgical Ma
spine surgery on 1/7/19 followed by cervical spine surgery on 9
on 01/19/21. A course of physical therapy was ordered for his b
Dr. Lefkowitz on 3/19/21.

Thank you,

10



**Mount Sinai South Nassau**

Cardiac Rehabilitation
440 Merrick Road, Oceanside, New York 11572
516-255-8280
Fax: 516-678-4335

March 10, 2021

To Who IT MAY Concern:,

Itzhak Hershko (DOB: 10/27/1958) has been participating in Cardiac Rehabilitation since March 10, 2021. He had a mitral valve repair. He will be attending Cardiac Rehabilitation three times a week for 3 months for 36 visits as of today.

Thank you.

Sincerely,

*Lori Brady, RN*

Lori Brady, RN, MS, HWNC-BC