# SCARING & CARMAN PLLC
### ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N. Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING, P.C.
SUSAN SCARING CARMAN

MATTHEW W. BRISSENDEN
OF COUNSEL

sscaring@scaringlaw.com
scarman@scaringlaw.com

June 21, 2021

**BY ECF**

Hon. Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

Re:  United States v. Itzhak Hershko
     16-CR-573

Dear Judge Seybert:

My office represents Itzhak Hershko, the defendant in the above-referenced matter. Mr. Hershko is scheduled for sentencing and a Fatico hearing tomorrow, June 22, 2021. AUSA Christopher Caffarone is currently on trial, and both the Government and defense require more time to prepare for the upcoming proceeding. We have discussed this matter by email with your Courtroom Deputy, Eric Russo. Mr. Russo has advised that, due to the Court's schedule, the matter cannot be rescheduled until September.

I am scheduled to begin a trial on September 13. Accordingly, I would respectfully request that the Court adjourn the Hershko matter without appearance until the first week in September.

Thank you.

Respectfully submitted,

STEPHEN P. SCARING

cc: Christopher Caffarone (by ECF)
SPS/cn