# SCARING & CARMAN PLLC

ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N.Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING, P.C.
SUSAN SCARING CARMAN

MATTHEW W. BRISSENDEN
OF COUNSEL

sscaring@scaringlaw.com
scarman@scaringlaw.com

August 3, 2021

**BY ECF**

Hon. Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: United States v. Itzhak Hershko
16-CR-573

Dear Judge Seybert:

We represent Isaac Hershko, the defendant in the above-referenced matter. Mr. Hershko is currently awaiting sentence. He had spinal surgery on January 7, 2019 and September 14, 2020. He is currently being looked at for an L4 compression fracture (see attached report from Dr. Yael L. Horowitz).

Due to the severity of pain that Mr. Hershko is suffering as a result of his spinal issues, he has been approved for the Medical Marijuana Program in an effort to reduce his level of pain. I am enclosing a copy of his Medical Marijuana Program identification card. I have advised Mr. Hershko not to take the medical marijuana until it has been approved by the Court. I am respectfully requesting permission for Mr. Hershko to participate in the Medical Marijuana Program.

Respectfully submitted,

*Stephen P. Scaring*

STEPHEN P. SCARING

cc: AUSA Christopher Caffarone (by ECF)
Gregory Giblin, Probation Officer (by email)
Marnie Gerardino, Pre-Trial Services (by email)

SPS/cn