

**LONG ISLAND NEUROSURGICAL ASSOCIATES**

STEVEN J. SCHNEIDER, MD, FAANS, FACS, FAAP
MARK A. MITTLER, MD, FAANS, FACS, FAAP
MICHAEL A. LEFKOWITZ, MD, FAANS, FACS
SHAUN D. RODGERS, MD
SHANNA L. BARON, RN, MSN, FNP-C

06/01/2021

**Patient Name:** Itzhak Hershko
**DOB:** 10/27/1956

**Diagnoses**

1. FRACTURE, LUMBAR VERTEBRA, COMPRESSION
2. S/P LUMBAR FUSION
3. S/P CERVICAL DISCECTOMY
4. STATUS POST MOTOR VEHICLE ACCIDENT

**To Whom It May Concern:**

Itzhak Hershko is a patient in the Long Island Neurosurgical Main Office practice. He was last seen on 06/01/2021. He underwent lumbra spine surgery on 1/7/19 and cervical spine surgery on 9/14/20. He is currently being worked up for an L4 compression fracture. He is unable to work at this time.

Thank you,

Yael L. Horowitz FNP

410 LAKEVILLE ROAD-SUITE 204, NEW HYDE PARK, NY 11042  Tel: 516-354-3401 Fax: 516-354-8597
www.LINEUROSURGERY.COM